IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICKY L. GEHR, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 06-1110 |
| | ) |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE,[1] | ) JUDGE LANCASTER |
| Commissioner of | ) |
| Social Security, | ) |
| | ) ELECTRONIC FILING |
| Defendant. | ) |

ORDER

AND NOW, this __23rd__ day of ____February____, 2007, upon consideration of the Commissioner's Motion to Remand, it is hereby

ORDERED

that the Commissioner's motion is granted, and this case is remanded to the Commissioner for further proceedings.

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted, therefore, for former Commissioner Jo Anne B. Barnhart, as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g).

APPROVED AND SO ORDERED:

_____
J.